## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   ALEXIS LEWIS                              CASE NO: 07-15721
                                                   CHAPTER 13

         DEBTORS(S)                                JUDGE:  JACK B SCHMETTERER


                                                   NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   JAMES B NUTTER & CO

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0002 | 249882 | $ 15,121.87 | $ 15,371.87 | $ 15,371.87 |

Total Amount Paid the Trustee                                      $   15,371.87

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 16th day of    November, 2012.

| Debtor(s) | Debtors Attorney |
|---|---|
| ALEXIS LEWIS<br>8841 S RACINE<br>CHICAGO IL 60620 | THOMAS W DREXLER<br>77 W WASHINGTON # 1910<br>CHICAGO IL 606020000 |

Addtional Creditors

JAMES B HUTTER & COMPANY
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO IL 60602

Mortgage Arrearage Creditor

JAMES B NUTTER & CO
4153 BROADWAY
PO BOX 10346
KANSAS CITY MO 64171-9936

Electronic Service US Trustee

Date: November 16, 2012                            /s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603